# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DeVon Barber, | }<br>} |
| Plaintiff, | }<br>} |
| v. | }<br>}   **Case No.: 2:21-cv-00987-MHH** |
| Unicom Birmingham LLC, | }<br>} |
| Defendant. | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulated to dismissal of this action with prejudice. (Doc. #29).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: July 11, 2023

GREER M. LYNCH, CLERK

By: _____D. Wiggins_____
Deputy Clerk